UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CAZMIERE GRAVES,

   Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

   Respondent.

No. 7: 23-CV-016-REW

JUDGMENT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** DE 1, Petitioner Cazmiere Graves's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, for lack of subject-matter jurisdiction; and

2. The Court **DIRECTS** the Clerk to strike this matter from the Court's active docket.

This the 6th day of July, 2023.



Signed By:
*Robert E. Wier*
United States District Judge

1